THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY J. HOLT,

Petitioner,

vs.   No. CIV-09-834 MV/WDS

ERASMO BRAVO, Warden
and GARY K. KING,
Attorney General for the
State of New Mexico,

Respondents.

### ORDER FOR PRODUCTION OF THE STATE COURT RECORD

THIS MATTER comes before the court on the motion of Petitioner for an order requiring respondents to produce the state court record proper.  (Doc. 11)  Respondent has not filed an objection to the motion, accordingly the Court considers the motion unopposed.  The Court finds that Petitioner's motion is well taken, and it is

ORDERED that the Respondent cause a copy of all state court records and transcripts, including records and transcripts of pre-trial proceedings, and records of parole, probation and prison disciplinary proceedings, if applicable, to be forwarded to this Court for the purpose of examination and review, with the assurance that the state court records and transcripts will be returned to the clerk of the proper court, or other appropriate state custodian, upon the termination of the proceedings herein.  Respondent must file with the Clerk and serve on counsel for Petitioner a notice that the record proper is complete.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge